UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY LARNCE,

    Plaintiff,

v.                                    Case No. 3:21cv1033-MCR-HTC

KILOLO KIJAKAZI
   ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 3, 2022. ECF No. 22. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this Order.

Case No. 3:21cv1033-MCR-HTC

2. The "Defendant's Unopposed Motion for Entry of Judgement under Sentence Four of 42 U.S.C. § 405(g), with Remand to the Defendant," ECF Doc. 21, is GRANTED and the Commissioner's decision denying benefits is REVERSED.

3. Plaintiff's "First Motion for Summary Judgment", ECF Doc. 18, is terminated as MOOT.

4. The clerk is directed to enter judgment in favor of Plaintiff.

5. This matter is REMANDED to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

6. The clerk is directed to close this file.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1033-MCR-HTC